O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALAN COURTNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>BACHMAN, CONNELLY, LEDESMA,<br><br>        Defendants. | No. EDCV 11-1474 CAS (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that defendants' Motion for Summary Judgment is granted and Judgment be entered in favor of defendants on all plaintiff's claims with prejudice.

DATED: April 21, 2014

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge