JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALAN COURTNEY, | No. EDCV 11-1474 CAS (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| BACHMAN, CONNELLY, LEDESMA, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Second Amend Complaint and that this action is dismissed with prejudice.

DATED: April 21, 2014

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge